| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) BENNETT, RICHARD D | 2. Court or Organization U.S. District Court, D.Md. | 3. Date of Report 5/5/2005 |

**4. Title** (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)

U.S. District Judge - Active

**5. ReportType** (check appropriate type)

◯ Nomination, Date

◯ Initial    ⦿ Annual    ◯ FInal

**6. Reporting Period**

1/1/2004

to

12/31/2004

**7. Chambers or Office Address**

5D, U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201

**8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer_____ Date_____

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1997 | U.S. Army Reserve Retirement; Pension upon Age 60 |

RECEIVED MAY 9 1 50 PM '05 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Fred Brown, Inc. |
| 2. | 2004 | Hill & Company Realtors |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Term Loan/Credit card | K |
| 2. | Home Depot | Home Improvements | J |
| 3. | Bank of America | Mortgage on Rental Property | M |
| 4. | Chase Bank | Credit card | K |
| 5. | Bank One | Credit card | K |
| 6. | MBNA | Credit card | K |
| 7. | SAAB Financial Services | Car loan | K |
| 8. | American Honda Fnancial Corp. | Car lease | J |

# FINANCIAL DISCLOSURE REPORT
## Page 1 of 1

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, RICHARD D | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  Rental Property - Sussex Co., Delaware | D | Rent | N | R | | | | | |
| 2.  Realty Income Group | D | Distrib. | | | Sold | 5/10 | D | | |
| 3.  Deutsche Bank Sec.  (X) | A | Dividend | | | | | | | |
| 4.  Bank of America   (X) | A | Interest | | | | | | | |
| 5.  Columbia Bkg. Sys., Inc. | A | Dividend | | | Buy | 5/10 | D | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>BENNETT, RICHARD D | Date of Report<br><br>5/5/2005 |
| --- | --- | --- |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS       (Indicate part of Report.)

Part VI - LIABILITIES - American Honda Financial Corp. -- This is a liability for a car lease.  I had not noted this on the 2003 Financial Disclosure Report as I was under the impression that there was only a liability for a car purchased.

Part VII - INVESTMENTS and TRUSTS -- Realty Income Group - There was an investment in the Realty Income Group which was not sold by ▆▆▆▆ with the sale of the other such investments as listed on the 2003 Financial Disclosure Report.  That Realty Income Group investment was sold on May 10, 2004.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | BENNETT, RICHARD D | 5/5/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____     Date  MAY 5, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

**Chambers of**
**Richard D. Bennett**
**United States District Judge**

July 20, 2005

United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201
Telephone 410-962-3190
Fax 410-962-3177

Hon. Mary M. Lisi, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, NE
Washington, DC   20544

Dear Judge Lisi:

In response to your letter of June 29, 2005, a copy of which is enclosed, I have amended my Financial Disclosure Report for 2004.  Specifically, with respect to Part I, the "None" box should be checked and inadvertently was not checked.  I have checked the box appropriately.

With respect to Part VII, Line 1, Column C 2, I have noted the date of purchase and the amount of the purchase price in Part VIII of the Amended Financial Disclosure Report.

In light of the additional information in Part I and Part VIII, I have signed the last page a second time with today's date.

If you need further information, please do not hesitate to contact me.

Sincerely,



Richard D. Bennett

RDB/skp

Enclosures

| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2004 | in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

1. Person Reporting (Last name, First name. Middle initial)

BENNETT, RICHARD D

2. Court or Organization

U.S. District Court, D.Md.

3. Date of Report

5/5/2005

4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)

U.S. District Judge - Active

5. ReportType (check appropriate type)

○ Nomination,    Date

○ Initial    ● Annual    ○ Final

6. Reporting Period

1/1/2004
to
12/31/2004

7. Chambers or Office Address

5D, U.S. Courthouse

101 W. Lombard Street

Baltimore, MD 21201

8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer_____ Date_____

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

[X] NONE   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

[ ] NONE   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1.   1997 | U.S. Army Reserve Retirement; Pension upon Age 60 |

RECEIVED 2005 AUG -8 A 11: 28 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE   - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Fred Brown, Inc. |
| 2. | 2004 | Hill & Company Realtors |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children.  See pp. 25-27 of instructions.)

☑ NONE   - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | BENNETT, RICHARD D | 5/5/2005 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Term Loan/Credit card | K |
| 2. | Home Depot | Home Improvements | J |
| 3. | Bank of America | Mortgage on Rental Property | M |
| 4. | Chase Bank | Credit card | K |
| 5. | Bank One | Credit card | K |
| 6. | MBNA | Credit card | K |
| 7. | SAAB Financial Services | Car loan | K |
| 8. | American Honda Fnancial Corp. | Car lease | J |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, RICHARD D | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Rental Property - Sussex Co., Delaware | D | Rent | N | R | | | | | |
| 2. Realty Income Group | D | Distrib. | | | Sold | 5/10 | D | | |
| 3. Deutsche Bank Sec. (X) | A | Dividend | | | | | | | |
| 4. Bank of America (X) | A | Interest | | | | | | | |
| 5. Columbia Bkg. Sys., Inc. | A | Dividend | | | Buy | 5/10 | D | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less<br>F = $50,001-$100,000 | B = $1.001-$2,500<br>G = $100,001-$1,000,000 | C = $2.501-$5,000<br>H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000<br>H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less<br>N = $250,000-$500,000<br>P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000<br>O = $500,001-$1,000,000 | L = $50,001-$100,000<br>P1 = $1,000,001-$5,000,000<br>P4 = $More than $50,000,000 | M = $100,001-$250,000<br>P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal<br>U = Book Value | R = Cost (Real Estate Only)<br>V = Other | S = Assessment<br>W = Estimated | T = Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>BENNETT, RICHARD D | Date of Report<br><br>5/5/2005 |
| --- | --- | --- |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Part VI - LIABILITIES - American Honda Financial Corp. -- This is a liability for a car lease. I had not noted this on the 2003 Financial Disclosure Report as I was under the impression that there was only a liability for a car purchased.

Part VII - INVESTMENTS and TRUSTS -- Realty Income Group - There was an investment in the Realty Income Group which was not sold by ███ with the sale of the other such investments as listed on the 2003 Financial Disclosure Report. That Realty Income Group investment was sold on May 10, 2004.

Part VII, Line 1, Column C 2 -- The subject property was purchased in July of 2003 for $260,000.  Its market value at the present time is apparently $320,000, based on corresponding sales of similar property this summer.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

Date _MAY 5, 2005_

_July 20, 2005_

NOTE: ANY [ILLEGIBLE] WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544